UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Monika Wilson-Greene,** ) | Civil Action No.: 06-2261 |
| 17007 Village Drive West ) | |
| Upper Marlboro, Maryland ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **Department of Youth** ) | |
| **Rehabilitation Services** ) | |
| **Youth Services Center** ) | |
| 1000 Mt. Olivet Road, N.E. ) | |
| Washington, D.C. 20002 ) | |
| ) | |
| **Vincent Schiraldi, Director** ) | |
| 10000 Mt. Olivet Road, N.E. ) | |
| Washington, D.C. 20002 ) | |
| ) | |
| **David Brown, Deputy Director,** ) | |
| 8300 Riverton Court ) | |
| Laurel, Maryland  20724 ) | |
| ) | |
| **Mark Schindler, Chielf of Staff** ) | |
| 8300 Riverton Court ) | |
| Laurel, Maryland  20724 ) | |
| ) | |
| **LaVern Evans, Superintendent** ) | |
| 8300 Riverton Court ) | |
| Laurel, Maryland  20724 ) | |
| ) | |
| **Dexter Dunbar, Deputy Superintendent** ) | |
| **of Treatment** ) | |
| 8300 Riverton Court ) | |
| Laurel, Maryland  20724 ) | |
| ) | |
| **D.J. Thomas, Deputy Superintendent** ) | |
| **of Operations** ) | |
| 8300 Riverton Court ) | |
| Laurel, Maryland  20724 ) | |
| ) | |
| **Cathy Ohler, Human Resources Specialist** ) | |
| **Representative** ) | |

| | |
|---|---|
| 8300 Riverton Court | ) |
| Laurel, Maryland 20724 | ) |
| | |
| **Pili Robinson, Senior Consultant to the** | ) |
| **Department of Youth Rehabilitation** | ) |
| **The Missouri Youth Service Institute** | ) |
| **1906 Hayselton, Drive** | ) |
| **Jefferson City, MO 65109** | ) |
|        **Defendants.** | ) |
| _____ | ) |

## PRAECIPE OF APPEARANCE

Will the Clerk of the Court please enter the appearance of Assistant Attorney General Leah Brownlee Taylor as an attorney for the Department of Youth Rehabilitation Services, Vincent Schiraldi, David Brown, Mark Schindler, LaVern Evans, Dexter Dunbar, D.J. Thomas, and Cathy Ohler.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

   /s/
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

   /s/
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 724-7854; (202) 727-6295
leah.taylor@dc.gov