UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Monika Wilson-Greene,** | ) | Civil Action No.: 06-2262 |
| **17007 Village Drive West** | ) | |
| **Upper Marlboro, Maryland** | ) | |
|       **Plaintiff,** | ) | |
| | ) | |
|       **v.** | ) | |
| | ) | |
| **Department of Youth** | ) | |
| **Rehabilitation Services** | ) | |
| **Youth Services Center** | ) | |
| **1000 Mt. Olivet Road, N.E.** | ) | |
| **Washington, D.C. 20002** | ) | |
| | ) | |
| **Vincent Schiraldi, Director** | ) | |
| **10000 Mt. Olivet Road, N.E.** | ) | |
| **Washington, D.C. 20002** | ) | |
| | ) | |
| **David Brown, Deputy Director,** | ) | |
| **8300 Riverton Court** | ) | |
| **Laurel, Maryland 20724** | ) | |
| | ) | |
| **Mark Schindler, Chielf of Staff** | ) | |
| **8300 Riverton Court** | ) | |
| **Laurel, Maryland 20724** | ) | |
| | ) | |
| **LaVern Evans, Superintendent** | ) | |
| **8300 Riverton Court** | ) | |
| **Laurel, Maryland 20724** | ) | |
| | | |
| **Dexter Dunbar, Deputy Superintendent** | ) | |
| **of Treatment** | ) | |
| **8300 Riverton Court** | ) | |
| **Laurel, Maryland 20724** | ) | |
| | ) | |
| **D.J. Thomas, Deputy Superintendent** | ) | |
| **of Operations** | ) | |
| **8300 Riverton Court** | ) | |
| **Laurel, Maryland 20724** | ) | |
| | | |
| **Cathy Ohler, Human Resources Specialist** | ) | |
| **Representative** | ) | |

| | |
|---|---|
| 8300 Riverton Court | ) |
| Laurel, Maryland  20724 | ) |
| | ) |
| Pili Robinson, Senior Consultant to the | ) |
| Department of Youth Rehabilitation | ) |
| The Missouri Youth Service Institute | ) |
| 1906 Hayselton, Drive | ) |
| Jefferson City, MO 65109 | ) |
|        Defendants. | ) |
| _____ | ) |

## MOTION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER

Pursuant to Fed. Civ. P. R. 6(b), the defendants the Department of Youth Rehabilitation Services, Vincent Schiraldi, David Brown, Mark Schindler, LaVern Evans, Dexter Dunbar, D.J. Thomas, and Cathy Ohler.hereby move for enlargement of time to file an answer or responsive pleading, up to and including January 19, 2007, and as grounds therefor state as follows:

1. Undersigned counsel was recently assigned the above action.  This action was originally filed in the Superior Court of the District of Columbia and removed to the United States District Court for the District of Columbia on December 29, 2006. FRE 81(c) requires that answers to removed actions be filed " . . . within 5 days after filing of removal petition".

2. Undersigned counsel has been preparing for the trial *Thomas v. DC* , CA 03-32, which is scheduled for January 8, 2006 before Judge Royce Lamberth.  Despite counsel's best efforts to prepare a responsive pleading to plaintiff's complaint, due to counsel's trial schedule, counsel needs additional time to complete a responsive pleading.

3. The defendants respectfully request that this Court extend the time to file a responsive pleading to plaintiff's complaint to January 19, 2007.

4. The plaintiff will not be prejudiced by this two week extension of time.

2

For all the above-stated reasons and those set forth in the accompanying memorandum of points and authorities, additional time up to and including January 19, 2007, is requested to file an answer to plaintiff's complaint.

                              Respectfully submitted,

                              LINDA SINGER
                              Acting Attorney General for the District of Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General, Civil Litigation Division

                              /s/
                              PATRICIA A. JONES [428132]
                              Chief, General Litigation, Section IV

                              /s/
                              LEAH BROWNLEE TAYLOR [488966]
                              Assistant Attorney General
                              441 4th Street, N.W.
                              Sixth Floor South
                              Washington, D.C. 20001
                              (202) 724-7854; (202) 724-7854; (202) 727-6295
                              leah.taylor@dc.gov

## **CERTIFICATE PURSUANT TO RULE 7.1(m)**

I hereby certify that the undersigned counsel contacted the plaintiff and was not able to obtain her consent.

                              /s/
                              LEAH BROWNLEE TAYLOR [488966

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Monika Wilson-Greene,** | ) | |
| **17007 Village Drive West** | ) | Civil Action No.: 06-2262 |
| **Upper Marlboro, Maryland** | ) | |
|       **Plaintiff,** | ) | |
| | ) | |
|       **v.** | ) | |
| | ) | |
| **Department of Youth** | ) | |
| **Rehabilitation Services** | ) | |
| **Youth Services Center** | ) | |
| **1000 Mt. Olivet Road, N.E.** | ) | |
| **Washington, D.C. 20002** | ) | |
| | ) | |
| **Vincent Schiraldi, Director** | ) | |
| **10000 Mt. Olivet Road, N.E.** | ) | |
| **Washington, D.C. 20002** | ) | |
| | ) | |
| **David Brown, Deputy Director,** | ) | |
| **8300 Riverton Court** | ) | |
| **Laurel, Maryland  20724** | ) | |
| | ) | |
| **Mark Schindler, Chielf of Staff** | ) | |
| **8300 Riverton Court** | ) | |
| **Laurel, Maryland  20724** | ) | |
| | ) | |
| **LaVern Evans, Superintendent** | ) | |
| **8300 Riverton Court** | ) | |
| **Laurel, Maryland  20724** | ) | |
| | | |
| **Dexter Dunbar, Deputy Superintendent** | ) | |
| **of Treatment** | ) | |
| **8300 Riverton Court** | ) | |
| **Laurel, Maryland  20724** | ) | |
| | ) | |
| **D.J. Thomas, Deputy Superintendent** | ) | |
| **of Operations** | ) | |
| **8300 Riverton Court** | ) | |
| **Laurel, Maryland  20724** | ) | |
| | | |
| **Cathy Ohler, Human Resources Specialist** | ) | |
| **Representative** | ) | |

4

| | |
|---|---|
| **8300 Riverton Court** | ) |
| **Laurel, Maryland  20724** | ) |
| | |
| **Pili Robinson, Senior Consultant to the** | ) |
| **Department of Youth Rehabilitation** | ) |
| **The Missouri Youth Service Institute** | ) |
| **1906 Hayselton, Drive** | ) |
| **Jefferson City, MO 65109** | ) |
| **Defendants.** | ) |
| | ) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME

In support of its Motion, the parties rely upon the following authorities:

1. Inherent Power of the Court.

2. Fed. Civ. P. R. 6(b).

3. The record herein.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

/s/
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Monika Wilson-Greene,** )<br>**17007 Village Drive West** )<br>**Upper Marlboro, Maryland** )<br>         Plaintiff, )<br> )<br>         v. )<br> )<br>**Department of Youth** )<br>**Rehabilitation Services** )<br>**Youth Services Center** )<br>**1000 Mt. Olivet Road, N.E.** )<br>**Washington, D.C. 20002** )<br> )<br>**Vincent Schiraldi, Director** )<br>**10000 Mt. Olivet Road, N.E.** )<br>**Washington, D.C. 20002** )<br> )<br>**David Brown, Deputy Director,** )<br>**8300 Riverton Court** )<br>**Laurel, Maryland  20724** )<br> )<br>**Mark Schindler, Chielf of Staff** )<br>**8300 Riverton Court** )<br>**Laurel, Maryland  20724** )<br> )<br>**LaVern Evans, Superintendent** )<br>**8300 Riverton Court** )<br>**Laurel, Maryland  20724** )<br> )<br>**Dexter Dunbar, Deputy Superintendent** )<br>**of Treatment** )<br>**8300 Riverton Court** )<br>**Laurel, Maryland  20724** )<br> )<br>**D.J. Thomas, Deputy Superintendent** )<br>**of Operations** )<br>**8300 Riverton Court** )<br>**Laurel, Maryland  20724** ) | **Civil Action No.: 06-2262** |

6

**Cathy Ohler, Human Resources Specialist**)
**Representative**                           )
**8300 Riverton Court**                      )
**Laurel, Maryland  20724**                  )

**Pili Robinson, Senior Consultant to the**  )
**Department of Youth Rehabilitation**       )
**The Missouri Youth Service Institute**     )
**1906 Hayselton, Drive**                    )
**Jefferson City, MO 65109**                 )
         **Defendants.**               )
_____ )

## ORDER

Upon consideration of the Motion for Enlargement of Time to File an Answer, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2007,

ORDERED:  That the motion shall be and the same is hereby granted; it is,

FURTHER ORDERED: That the time to file an answer is extended up to and including January 19, 2007.

_____
  JUDGE, UNITED STATES DISTRICT COURT
  FOR THE DISTRICT OF COLUMBIA

7