UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Monika Wilson-Greene,**<br>17007 Village Drive West<br>Upper Marlboro, Maryland<br><br>          **Plaintiff,**<br><br>          v.<br><br>**Department of Youth**<br>**Rehabilitation Services**<br>**Youth Services Center**<br>1000 Mt. Olivet Road, N.E.<br>Washington, D.C. 20002<br><br>**Vincent Schiraldi, Director**<br>10000 Mt. Olivet Road, N.E.<br>Washington, D.C. 20002<br><br>**David Brown, Deputy Director,**<br>8300 Riverton Court<br>Laurel, Maryland  20724<br><br>**Mark Schindler, Chielf of Staff**<br>8300 Riverton Court<br>Laurel, Maryland  20724<br><br>**LaVern Evans, Superintendent**<br>8300 Riverton Court<br>Laurel, Maryland  20724<br><br>**Dexter Dunbar, Deputy Superintendent**<br>**of Treatment**<br>8300 Riverton Court<br>Laurel, Maryland  20724<br><br>**D.J. Thomas, Deputy Superintendent**<br>**of Operations**<br>8300 Riverton Court<br>Laurel, Maryland  20724 | Civil Action No.: 06-2262 |

1

**Cathy Ohler, Human Resources Specialist)**
**Representative** )
**8300 Riverton Court** )
**Laurel, Maryland  20724** )
    )
**Pili Robinson, Senior Consultant to the** )
**Department of Youth Rehabilitation** )
**The Missouri Youth Service Institute** )
**1906 Hayselton, Drive** )
**Jefferson City, MO 65109** )
    )
    **Defendants.** )
_____ )

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR MEDIATION

    Defendants District of Columbia, Vincent Schiraldi, David Brown, Mark Schindler, LaVern Evans, Dexter Dunbar, D.J. Thomas, and Fitzgerald Fant (hereinafter "defendants"), by and through undersigned counsel, oppose the plaintiff's motion for mediation and as grounds therefor, the defendants state that:

    1)    Plaintiff's motion should be summarily denied because she failed meet the requirements of LCvR 7(m).  Rule 7(m) provides that "[b]efore filing any nondispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel, either in person or by telephone, in a good-faith effort to determine whether there is any opposition to the relief sought…  A party shall include in its motion a statement that the required discussion occurred, and a statement as to whether the motion is opposed."  Other than send a letter requesting mediation, the plaintiff failed to contact the undersigned counsel to discuss the relief sought before filing a motion for mediation  Moreover, plaintiff did not include the required language set forth in Rule 7 in her motion for mediation.

2

2. On January 19, 2007, the defendants filed a motion to dismiss the plaintiff's Complaint. See Docket Entry #6.

3) The defendants' motion to dismiss is ripe for consideration. On January 31, 2007, the plaintiff filed an opposition and on February 28, 2007, the defendant filed a reply to the plaintiff's opposition. See Docket Entries ## 9, and 12.

4) The defendants oppose mediation and certify that the parties would not benefit from alternative dispute resolution or a neutral evaluation in light of the meritorious grounds set forth in the defendants' motion to dismiss.

For the above stated reasons, the defendants' respectfully request that the Court deny the plaintiff's motion for mediation.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/
    PATRICIA A. JONES [428132]
    Chief, General Litigation, Section IV

    /s/
    LEAH BROWNLEE TAYLOR [488966]
    Assistant Attorney General
    441 4th Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 724-7854; (202) 727-6295
    leah.taylor@dc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that true copy of the foregoing Response was mailed, first class postage prepaid, to :**Monika Wilson-Greene,**
**17007 Village Drive West**
**Upper Marlboro, Maryland**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Monika Wilson-Greene,** )<br>**17007 Village Drive West** )<br>**Upper Marlboro, Maryland** )<br>)<br>    **Plaintiff,** )<br>)<br>    **v.** )<br>)<br>**Department of Youth** )<br>**Rehabilitation Services** )<br>**Youth Services Center** )<br>**1000 Mt. Olivet Road, N.E.** )<br>**Washington, D.C. 20002** )<br>)<br>**Vincent Schiraldi, Director** )<br>**10000 Mt. Olivet Road, N.E.** )<br>**Washington, D.C. 20002** )<br>)<br>**David Brown, Deputy Director,** )<br>**8300 Riverton Court** )<br>**Laurel, Maryland  20724** )<br>)<br>**Mark Schindler, Chielf of Staff** )<br>**8300 Riverton Court** )<br>**Laurel, Maryland  20724** )<br>)<br>**LaVern Evans, Superintendent** )<br>**8300 Riverton Court** )<br>**Laurel, Maryland  20724** )<br>)<br>**Dexter Dunbar, Deputy Superintendent** )<br>**of Treatment** )<br>**8300 Riverton Court** )<br>**Laurel, Maryland  20724** )<br>)<br>**D.J. Thomas, Deputy Superintendent** )<br>**of Operations** )<br>**8300 Riverton Court** )<br>**Laurel, Maryland  20724** )<br>) | Civil Action No.: 06-2262 |

**Cathy Ohler, Human Resources Specialist** )
**Representative** )
**8300 Riverton Court** )
**Laurel, Maryland  20724** )
                                                            )
**Pili Robinson, Senior Consultant to the** )
**Department of Youth Rehabilitation** )
**The Missouri Youth Service Institute** )
**1906 Hayselton, Drive** )
**Jefferson City, MO 65109** )
                                                            )
        **Defendants.** )
_____ )

## O R D E R

Upon consideration of plaintiff's Motion for Mediation, defendants District of Columbia, Vincent Schiraldi, David Brown, Mark Schindler, LaVern Evans, Dexter Dunbar, D.J. Thomas, and Fitzgerald Fant's opposition thereto, and the record herein, it is by the Court this _____ day of _____, 2007,

ORDERED:    that the plaintiff's Motion for Mediation is DENIED for the reasons set forth in the defendants' opposition.

_____
JUDGE, United States District Court for the District of Columbia

cc:   Ms. Monika Wilson-Greene
       17007 Village Drive West
       Upper Marlboro, Maryland