UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MONIKA WILSON-GREENE,** | ) | C.A. No.: 06-2262 (RJL) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **Department of Youth Rehabilitation Services,** *et al.* | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION REQUESTING APPOINTMENT OF ATTORNEY FOR MEDIATION

Comes now the Plaintiff, Monika Wilson-Greene, acting on her own behalf, hereby moves this Honorable Court to appoint an attorney for Mediation and offers in support the following:

## MEMORANDUM OF POINTS AND AUTHORITIES

1. On January 3, 2007, Plaintiff's case **C.A. No.: 0008420-06** was transferred to United States District Court **C.A. No.: 06-2262 (RJL).**

2. Case Management Order – January 3, 2007, instructed the parties to confer pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3.

3. On February 7, 2007, Plaintiff mailed letter to defendants' attorney proposing mediation.

4. Pursuant to *Local Rule LCvR 16.3(a)* counsel are required to meet within 21 days after the defendant enters an appearance in a case. Thus, even if the presiding judge does not suggest that counsel consider mediation, *LCvR 16.3(a)* requires them to do so.

5. As of May 21, 2007, defendants have failed to comply with *LCvR 16.3(a)* as required and the Court's Case Management Order –January 3, 2007.

RECEIVED
MAY 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

6. On May 21, 2007, Plaintiff filed motion requesting mediation.

7. On May 23, 2007, Andrew T. Wise, Attorney for Pili Robinson (Co-Defendant) contacted Plaintiff to schedule mediation.

8. As of May 23, 2007, DYRS (Defendant) has not contacted Plaintiff regarding mediation.

## ARGUMENT

Plaintiff is entitled to settlement and alternative dispute resolution as ordered by the court. *See* Case Management Order at p. 5 and 6. In compliance with the Case Management Order, Plaintiff has tried in good faith to settle the dispute by mediation as evident in Plaintiff's mediation proposal. *See* Mediation Letter. It has been 114 days since Plaintiff proposed mediation to the Defendant. However, the defendant has failed to respond to Plaintiff's proposal and continues to ignore the Case Management Order. Plaintiff continues to acknowledge that mediation is appropriate in this matter. Resolving the dispute through mediation will eliminate the need for costly discovery and provide for timely solutions in all matters for everyone.

**WHEREFORE,** Monika Wilson-Greene respectfully requests that the Court appoint an attorney to her for the sole purpose of mediation.

Dated: May 30, 2007

Monika Wilson-Greene
17007 Village Drive, West
Upper Marlboro, Maryland 20772
301-574-1434

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MONIKA WILSON-GREENE, | ) | C.A. No.:   06-2262 (RJL) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Department of Youth Rehabilitation Services, *et al.* | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Plaintiff's Motion for Appointment of an Attorney for Mediation, it is this

_____ day of _____ 2007,

**ORDERED,** that Plaintiff's Motion be and hereby is **GRANTED.**

_____
JUDGE

**Copies to:**

Monika Wilson-Greene
17007 Village Drive West
Upper Marlboro, Maryland 20772

Leticia L. Valdes, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001

Andrew T. Wise
MILLER & CHEVALIER CHTD
655 Fifteenth St., N.W.
Suite 900
Washington, D.C. 20005-5701

## CERTIFICATE PURSUANT TO RULE 5 (e) and 5 (i)

I hereby certify that I sent a copy of this motion to chambers.

_____
Monika Wilson-Greene

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Opposition of Defendant's Motion was mailed first, class, postage pre-paid, this 30th day of May, 2007 to:

Andrew T. Wise
MILLER & CHEVALIER CHTD
655 Fifteenth St., N.W.
Suite 900
Washington, D.C. 20005-5701

Leticia L. Valdes, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001

_____
Monika Wilson-Greene