UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| Monika Wilson-Greene, ) | |
| 17007 Village Drive West ) | |
| Upper Marlboro, Maryland 20772 ) | |
| Plaintiff, ) | Civil Action No.: 06-2262 (RJL) |
| v. ) | |
| Department of Youth Rehabilitation Services, *et al.* ) | |
| Defendants. ) | |

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR MEDIATION

Defendants, Department of Youth Rehabilitation Services, Vincent Schiraldi, David Brown, Mark Schindler, LaVern Evans, Dexter Dunbar, D.J. Thomas, and Cathy Ohler (hereinafter "defendants"), by and through undersigned counsel, oppose the plaintiff's motion for mediation and as grounds therefor, the defendants state that:

1) On January 19, 2007, the defendants filed a motion to dismiss the plaintiff's Complaint. The basis for the motion are among others, that plaintiff failed to effectuate proper serve against the individually named defendants and that she failed to exhaust her administrative remedies. That motion remains pending and is ripe for consideration.

2) The defendants oppose mediation and certify that the parties would not benefit from alternative dispute resolution or a neutral evaluation in light of the meritorious grounds set forth in the defendants' motion to dismiss

3) For the above stated reasons, the defendants' respectfully request that the Court deny the plaintiff's motion for mediation and grant dismissal in favor of these defendants.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

　　/s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

　　/s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295
Leticia.Valdes@dc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendants' Opposition to Plaintiff's Motion for Mediation was mailed, first class, postage prepaid, this 13th day of June 2007, to:

Ms. Monika Wilson-Greene
17007 Village Drive West
Upper Marlboro, Maryland 20772

　　/s/ Leticia L. Valdes
LETICIA L. VALDES
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Monika Wilson-Greene,<br>17007 Village Drive West<br>Upper Marlboro, Maryland 20772<br><br>Plaintiff,<br><br>v.<br><br>Department of Youth Rehabilitation<br>Services, *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 06-2262 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Upon consideration of the defendants Department of Youth Rehabilitation Services, Vincent Schiraldi, David Brown, Mark Schindler, LaVern Evans, Dexter Dunbar, D.J. Thomas, and Cathy Ohler's opposition to plaintiff's Motion for Mediation, and the record herein, it is by the Court this _____ day of _____, 2007,

ORDERED:   that the plaintiff's Motion for Mediation is DENIED for the reasons set forth in the defendants' opposition; and it is

FURTHER ORDERED:   that plaintiff's Complaint be DISMISSED against all defendants.

_____
JUDGE, United States District Court for the District of Columbia