UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Monika Wilson-Greene, )<br>)<br>Plaintiff. )<br>)<br>)<br>v. )<br>)<br>)<br>District of Columbia, et al. )<br>)<br>Defendants. )<br>) | Civil Action No.: 06-2262 (RJL) |

## PLAINTIFF MONIKA WILSON-GREENE'S UNOPPOSED MOTION TO DISMISS COMPLAINT AS AGAINST DEFENDANT PILI ROBINSON

Plaintiff, Monika Wilson-Greene, hereby moves to dismiss the complaint as against defendant Pili Robinson, pursuant to Federal Court Rule of Civil Procedure 41(a), and submits the following:

1.  Plaintiff filed an amended complaint in this case in the Superior Court for the District of Columbia on November 29, 2006.

2.  The case was removed to this Court on December 29, 2006.

3.  Mr. Robinson filed a motion to dismiss the complaint, but has not filed an Answer or a Motion for Summary Judgment.

4.  Plaintiff and counsel for Mr. Robinson met to discuss the case on June 4, 2007. For reasons discussed at that meeting as well as others considered by the plaintiff before and

RECEIVED
JUN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

767365.1

after the meeting, the plaintiff wishes to dismiss Mr. Robinson as a named defendant from the case.

     5.    Counsel for Mr. Robinson does not oppose this motion.

Respectfully submitted,

*/s/ Monika Wilson-Greene*
Monika Wilson-Greene
17007 Village Drive West
Upper Marlboro, MD 20772

Dated: June 11, 2007

767365.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was mailed this 11th day of June, 2007, to the following parties:

Andrew T. Wise
Miller & Chevalier
655 15th St., N.W.
Suite 900
Washington, D.C. 20005

Leticia Valdez, Esq.
Assistant Attorney General
441 4th Street, NW; Sixth Floor South
Washington, D.C. 20001

_____
Monika Wilson-Greene

767365.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Monika Wilson-Greene,<br><br>Plaintiff.<br><br>v.<br><br>District of Columbia, et al.<br><br>Defendants. | Civil Action No.: 06-2262 (RJL) |

## ORDER

Upon the consideration of the plaintiff's motion, it is hereby ordered, this _____ day of _____ 2007, ORDERED that the Motion is GRANTED and the complaint against defendant PILI ROBINSON is dismissed.

_____
The Honorable Richard J. Leon
Judge, United Stated District Court for the
   District of Columbia

Copies to:

Monika Wilson-Greene
17007 Village Drive West
Upper Marlboro, MD 20772

Andrew T. Wise, Esq.
Miller & Chevalier Chartered
655 15th Street N.W., Suite 900
Washington, D.C. 20005-5701

Leticia Valdez, Esq.
Assistant Attorney General
441 4th Street, NW, Sixth Floor South
Washington, D.C. 20001

767365.1