UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Monika Wilson-Greene, ) | |
| Plaintiff. ) | |
| v. ) | Civil Action No.: 06-2262 (RJL) |
| District of Columbia, et al. ) | |
| Defendant. ) | |

### REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR MEDIATION

Plaintiff, Monika Wilson-Greene, strongly opposes the defendant's opposition to her motion for mediation and submits the following:

1. Defendant's opposition should be ignored and its subsequent request for denial of Plaintiff's motion should be instantly denied because the defendant has failed to meet the requirements of LCvR 5.3. Rule 5.3 provides that "proof of service of papers required or permitted to be served, other than those for which a different method of proof is prescribed by the Federal Rules of Civil Procedure or by statue, shall be filed with such papers. The proof shall show the date and manner of service, and may be by certificate of an attorney of record or other proof satisfactory to the Court. Plaintiff received the defendant's opposition on June 12, 2007. Plaintiff is unaware of when the defendant actually filed its opposition because neither the opposition nor the attached certificate of services is not dated.

RECEIVED
JUN 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2. The case was removed to this Court on December 29, 2006.

3. The defendant filed a motion to dismiss the complaint, but has not filed an Answer or a Motion for Summary Judgment.

4. The defendant misrepresents the facts as it suggests that the Plaintiff failed to meet the requirements of LCvR 7(m). See defendant's opposition p.2. In fact, the Plaintiff attempted to confer with the defendant in accordance with LCvR 16.3, and mailed a letter indicating such on February 7, 2007. The defendant failed to respond to Plaintiff's letter by the deadline stated in letter. Plaintiff attempted in good faith to comply with the rules of the United States District Court of the District of Columbia. However, the defendant has not put forth a concerted effort. Further, the defendant has consistently submitted rebuttal statements in an attempt to bypass the rules of the Court. In addition, the defendant states that the Plaintiff did not include the required language set forth in Rule 7 in her motion for mediation, suggesting this perceived exclusion to be a legitimate basis for denial of the Plaintiff's motion. According to LCvR 5.1(i), " a paper that does not conform to the requirement of this Rule and Rule 10(a) of the Federal Rules of Civil Procedure, shall not be accepted for filing. Therefore, the defendant's request in opposition to the Plaintiff's motion, should be denied because the defendant's request is not supported by rules of the Court. Plaintiff also brings to the Court's attention that the defendant has continuously failed to met the requirements of LCvR 5.1(f) (failure to place the proper heading on each of its submissions in this case).

5. While the defendant filed a motion on January 19, 2007 to dismiss the Plaintiff's Complaint (docket entry # 6), and a subsequent reply memorandum on February 28, 2007 (docket # 12), the mere submission of a motion is not definitive grounds for denial of any motion set forth by the Plaintiff. If that were the case, logic would prevail and all motions submitted by

the Plaintiff would stand alone for the Court to rule in favor of the Plaintiff. Moreover, to date, the defendant's motion has not been ruled upon by the Court.

For the above stated reasons, the Plaintiff respectfully requests that the Court ignore the defendant's order and grant the Plaintiff's motion for mediation.

Respectfully submitted,

*Monika Wilson-Greene*
Monika Wilson-Greene
17007 Village Drive West
Upper Marlboro, MD 20772

Dated: June 13, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Reply was mailed this 13th day of June, 2007, to the following parties:

Andrew T. Wise
Miller & Chevalier
655 15th St., N.W.
Suite 900
Washington, D.C. 20005

Leticia Valdez, Esq.
Assistant Attorney General
441 4th Street, NW; Sixth Floor South
Washington, D.C. 20001

_____
Monika Wilson-Greene

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Monika Wilson-Greene, )<br>)<br>Plaintiff. )<br>)<br>v. )<br>)<br>District of Columbia, et al. )<br>)<br>Defendant. ) | Civil Action No.: 06-2262 (RJL) |

## ORDER

Upon the consideration of the plaintiff's motion, it is hereby ordered, this

_____ day of _____ 2007, ORDERED that the Plaintiff's Motion for Mediation is

GRANTED and the defendant's request denied.

_____
The Honorable Richard J. Leon
Judge, United Stated District Court for the
District of Columbia

Copies to:

Monika Wilson-Greene
17007 Village Drive West
Upper Marlboro, MD 20772

Andrew T. Wise, Esq.
Miller & Chevalier Chartered
655 15th Street N.W., Suite 900
Washington, D.C. 20005-5701

Leticia Valdez, Esq.
Assistant Attorney General
441 4th Street, NW, Sixth Floor South
Washington, D.C. 20001