**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

JUL 9 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **MONIKA WILSON-GREENE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civ. Action No. 06cv2262 (RJL)** |
| **DEPARTMENT OF YOUTH** | ) | |
| **REHABILITATION SERVICES,** | ) | |
| *et al.* | ) | |
| | ) | |
| **Defendant.** | ) | |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this

_____, day of July 2006, hereby

**ORDERED** that [#6] Defendants' motion to dismiss is GRANTED,

**SO ORDERED.**

RICHARD J. LEON
United States District Judge